# EXHIBIT B

BETTER BUSINESS BUREAU

**BUSINESS PROFILE**

Share

Towing Company

# Bande Automotive, LLC

This business is **NOT BBB Accredited.**

Find BBB Accredited Businesses in Towing Company.

MAIN REVIEWS **COMPLAINTS**

## Complaints

**Customer Complaints Summary**

- 14 total complaints in the last 3 years.
- 8 complaints closed in the last 12 months.

**If you've experienced an issue**

Submit a Complaint

The complaint text that is displayed might not represent all complaints filed with BBB. Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business.

### Initial Complaint

**Date:** 03/14/2026

**Type:** Delivery Issues

**Status:** Unanswered

My car was towed on 11 14 or 15 2025. I don't expect know. I was visiting my cousin. They broke the taillights, dents and chip the paint on the back and two little scares. I've been

calling for months. They keep saying the supervisor will get back to me. [redacted] has reached out. They say they go in the order received but wow 4 month and its still not my turn yet. I was hoping you all could ask them to get in touch with me to solve the problem.

### Customer Answer

**Date:** 04/13/2026

Better Business Bureau:

At this time, **I have not been contacted by Bande Automotive, LLC** regarding complaint **ID** [redacted].

Sincerely,

[redacted]

### Initial Complaint

**Date:** 02/14/2026

**Type:** Service or Repair Issues

**Status:** Unanswered

My vehicle was towed by this company for illegal parking on 2/10/2026 at approximately 1600 hours. I retrieved my car from Bande Automotives lot at, [redacted], [redacted], on 2/11/2026 at 0954 hours. About 3 minutes of me driving, I heard rattling and shaking that appeared to be coming from below my vehicle, in which Id never experienced in my current vehicle. However, the sound was subtle. The rattling sounds like it is related to the suspension components. While driving home on the Parkway, the rattling and shaking increased at random moments, even while the brakes were activated. I called the company ([redacted] at 1123) to report the issue, and I was informed to return to the lot and file a complaint with a supervisor. I returned to Bande Automotive, at the address where I retrieved my vehicle from and reported the issue. The individual working, [redacted], called dispatch (same number above) and informed them of my issue, in which they sent me a form via email to fill out. I was also informed that a supervisor will contact me within 24 hours. It has been 3 days and I have not heard from Bande Automotive regarding this matter. I would like my car repaired, to avoid further damage.

### Initial Complaint

**Date:** 02/09/2026

**Type:** Service or Repair Issues

**Status:** Unanswered

I am submitting this complaint to formally request that the Better Business Bureau investigate BANDE Automotive LLC for what appears to be ongoing fraudulent and unlawful towing [redacted] mothers vehicle was parked legally within her apartment complex, where she is a registered resident. Her vehicle clearly displayed the required resident parking sticker. Despite this, she woke up to find her car missing. She later learned that it had been towed by BANDE Automotive LLC.When she contacted the towing company, she was told that apartment management had authorized the tow. However, management later confirmed that no such call or authorization was made. This indicates the tow was conducted without lawful approval.When my mother arrived at the location of BANDE Automotive LLC to retrieve her vehicle, there was no visible signage identifying the business. Instead, a man sitting in a van outside approached her and asked if she was there for her car. She was pressured to pay in cash or via Zelle to retrieve her vehicle. She insisted on paying with a credit card, which raised serious concerns about transparency and compliance with consumer protection laws.After retrieving her vehicle, my mother discovered that it had been tampered with. Specifically, her vehicles heating system was no longer functioning, despite working properly before the tow.Since this incident, I have found multiple similar complaints describing unlawful towing, false claims of authorization, coercive payment demands, lack of proper business identification, and vehicle tampering connected to this company. This appears to be a repeated pattern rather than an isolated incident.Based on these facts, I am requesting that the BBB conduct an immediate investigation into BANDE Automotive LLC for potential fraud, deceptive business practices, and violations of consumer protection laws. These actions are causing financial harm and distress to innocent individuals.

## Customer Answer

**Date:** 03/06/2026

Better Business Bureau:

At this time, **I have not been contacted by Bande Automotive, LLC** regarding complaint **ID** [redacted].

Sincerely,

[redacted]

## Initial Complaint

**Date:** 01/31/2026

**Type:** Order Issues

**Status:** Unanswered

On January 31 2026 my car was wrongfully towed from [redacted] Bande Automotive. I was told I was parked in a handicap spot but the spot was NOT marked nor were there any lines indicating the spot was handicap. Upon calling to retrieve my vehicle the customer service representative told me nobody cares about what you have to say, I have your

vehicle, either pay or shut up and hung up the phone. I had to have the building management from where I was towed call them back as they no longer answering my calls when trying to make a payment to retrieve my vehicle. I was charged $272.19 to get my vehicle back even though the spot was not marked handicap. The building manager also advised he did not authorize a tow as there is no where to park with the snow. This tow was unnecessary and the charges are obscene.

### Customer Answer

**Date:** 02/25/2026

Better Business Bureau:

At this time, **I have not been contacted by Bande Automotive, LLC** regarding complaint **ID** [redacted].

Sincerely,

[redacted]

### Initial Complaint

**Date:** 09/17/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

My car was towed unlawfully after having a medical emergency where it was parked and left by the responders in a shopping mall parking lot it was towed by Bandee Automotive after finding out my car was there I went to retrieve it on June 4 of 2025 where I was forced to pay $1347 after cleaning entry to my vehicle I noticed significant damage where the wires were extracted from my steering wheel I presume when in order to try to Hotwire the car as the battery was dead after that did not work they extracted the release in the center console to place the car in neutral and improperly. Had it hooked with two flat tires to the rim and tow it 40 minutes away from the location, the damage that was caused was so significant it has yet to be drivable the mechanic who looked at it was astounded by the damage that was done, as well as what look like people were hanging out or living in the vehicle when I first approached the business. My vehicle was parked directly in front in the driveway again with two flat tires down to the rim upon payment of the vehicle I asked for an itemized receipt which they did not give. I continuously ask for the authorization at tow which they continuously refused to give it to me. I reached out to my precinct to find out if they had authorization to tow or if it was filed, and it was not which tells me that it was unlawful and illegally towed as they had no authorization they legally mandated to upon retrieval, provide me with the authorization of tell as well as an itemized bill. Ive tried to reach out to them to rectify the situation toget in touch with your insurance company for the damage is done to my vehicle to no avail I feel the need to be held accountable and for the significant damage that was done to my vehicle that has left me without a car in no way to pick up and drop off my kids from school and after school functions, this has left me

without my source of transportation, I just want them to take responsibility & held accountable.

## Initial Complaint

**Date:** 07/21/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

My [illegible] was taken off private property for a company I worked for at the time was taken from [illegible] ny then transported to [illegible] out if my county which is illegal & when I went to get my car they said they have no location of my car seeking compensation of my property which is worth $20,000

## Initial Complaint

**Date:** 07/17/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

Bande Automotive - [illegible] - scammer tow truck business hooked up my car in a strip mall parking lot in [illegible] , claiming that I was illegally parked in a firezone when there was no indication that it was a fire zone. There was no writing on the ground, no signage. they claimed the indicator was yellow poles and two blue poles. ended up charging me $136 to unhook my car after seeing my license and registration. I did call 911 but obviously it was not an emergency and so their response time was going to be delayed. I did call the local precinct the 100 precinct which was two blocks away. They said that it was not a criminal manner and that it was a civil matter. Targeting beach tourists around a strip mall parking lot is a shame and shameful and probably illegal.

## Initial Complaint

**Date:** 04/28/2025

**Type:** $ Billing Issues

**Status:** Unanswered

These people illegally towed my car outta of my apartment parking lot that Im legally allowed to park in. They claim somebody called the car in but i spoke to managment and nobody contacted these people. Theres also a bunch of cars parked in the lot illegally and only mine was towed. Apparently they enter private parking lots and do stuff like this all the time. Although they towed my car today I now have to wait until tomorrow to pick it up and pay 136 dollars.

## Initial Complaint

**Date:** 02/18/2025

**Type:** Service or Repair Issues

**Status:** Unanswered

On January 29th I received a call from an unidentified number informing me that my truck was towed. The caller stated that he was trying to get in touch with me from the day before as the tow truck was taking my truck. The caller said he got my number from the side door on the truck. The caller told me that I would need the [redacted] number and also gave a another identifying number that the tow company would need. I called the number he texted me and immediately got to speak with someone who gave the information re where to pick up the vehicle and their hours of operation. I called later and made arrangements to get the truck later that day. That evening I went to pick up the truck and was especially surprised when I was told the cost was $300 as I had previously paid over $1200 to get back the truck from [redacted] Towing. The truck was not parked securely inside but in the street in the front of the business. It was dark that same day when my husband came to get the truck from where it was parked in front of the business. It was not moved. When he went to open the door he said that the door was already opened. He also noticed that that driver's side front bumper was damaged. We took pictures right there. When he went to start the truck it wasn't able to move as it was disabled by the towing. We had to return the following day. I then made a report about the damage with the person in the office which would submitted to the manager. Pictures of the damage were sent to the phone of the office person. That evening the truck was taken and parked. A couple days later I called the business and was told management would not pay for the damages as I had paid for the truck the day before and they are not responsible. How can they not be held responsible when the truck has not moved from the street where they had left it and the pictures showed that it was where they had left it. Again who gives these towing companies the right to just take a vehicle without first issuing a ticket

### Customer Answer

**Date:** 03/15/2025

Better Business Bureau:

At this time, **I have not been contacted by Bande Automotive** regarding complaint **ID** [redacted].

Sincerely,

[redacted]

## Initial Complaint

**Date:** 12/02/2024

**Type:** Customer Service Issues

**Status:** Unanswered

The woman on the phone is EXTREMELY rude, she has absolutely no manners. Let the customer finish speaking before hanging up. The towing service in general is unreliable.

1 2 Next

**Bande Automotive, LLC is NOT a BBB Accredited Business.**

To become accredited, a business must agree to BBB Standards for Trust and pass BBB's vetting process.

**Why choose a BBB Accredited Business?**

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles. As a matter of policy, BBB does not endorse any product, service, or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

When considering complaint information, please consider the company's size and volume of transactions. Note that the nature of complaints and a company's responses to them are often more important than the number of complaints. BBB Business Profiles generally cover a three-year reporting period.

© 2026 BBB, Inc. All rights reserved. All trademarks are property of BBB, Inc.